## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Stillwater Lakes Civic Association, Inc.  :
and Stillwater Sewer Corporation      :
                                :
                    v.      :  No. 998 C.D. 2018
                                :
George Kuzni,                 :
           Appellant    :

**PER CURIAM**                   **O R D E R**

      NOW, March 31, 2020, having considered appellees' application for reargument, the application is denied.